SCOTT J. FERRELL (Bar No. 202091)
sferrell@trialnewport.com
JAMES B. HARDIN (Bar No. 205071)
jhardin@trialnewport.com
STEVEN R. TELLES (Bar No. 246514)
steles@trialnewport.com
RYAN M. FERRELL (Bar No. 258037)
rferrell@trialnewport.com
**NEWPORT TRIAL GROUP**
895 Dove Street, Suite 425
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

Attorneys for Plaintiff and the Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

GINA DELAROSA, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

BOIRON, INC., et al.,

Defendants.

CASE NO. SACV 10-1569-JST (CWx)

**CLASS ACTION**

**THE PARTIES' JOINT RESPONSE TO THE COURT'S ORDER SETTING HEARING REGARDING CLASS NOTICE**

The parties respectfully submit their joint report in response to the Court's Order setting hearing regarding class notice.

On January 4, 2012 the Court entered an Order (Dkt. 100) requiring the parties to submit a joint answer to the following question:

> Do the parties agree that the class in this litigation includes only persons who are domiciled or reside in California, who purchased Children's ColdCalm in California?

After review of the Order, the parties met and conferred in an attempt to reach a consensus and uniform response. During the discussion, Defendant indicated that it was concerned with the class definition as currently ordered as California residents could have purchased Children's ColdCalm outside of the United States and potentially make invalid claims[1] arising from those purchases. In the spirit of cooperation, the parties answered the question posed by the Court as follows:

> The class in this litigation includes persons who were domiciled or resided in California at the time of purchase and purchased Children's ColdCalm in the United States during the relevant time period.
>
> (Dkt. 108).

After receiving the Court's January 12, 2012 Order Setting Hearing Regarding Class Notice (Dkt. 109), the parties further met and conferred regarding this issue and recognized the ambiguity in their joint response. Mindful of the Court's emphasis on the issue of present versus past domicile of the class and the impact on the notice, the parties revisited the Court's January 4, 2012 Order and the

---

[1] The parties recognize that the notice plan in question provides the class with the opportunity to exclude themselves from any judgment or settlement in the case and does not provide the class with the opportunity to make a claim as there has been no judgment or settlement.

questioned posed whether, "the class in this litigation includes only persons who are domiciled or reside in California, who purchased Children's ColdCalm in California".

The answer to the Court's question is "yes." However there are two clarifications: (1) To qualify as a class member and make a claim under a future judgment or settlement, the purchase must have been made while domiciled or residing in California; and (2) the term "purchases made in California," as used in the parties' joint response (Dkt. 108) includes purchases made over the internet, telephone or mail from retailers situated outside California.

Based upon the agreement of the parties to utilize the above points of clarification, the parties agree that the Court's original definition of the class[2] (Dkt. 76) be used.

The parties look forward to further addressing this with the Court on January 23, 2012 at 10:00 a.m., if the Court still has questions for counsel.

DATED: January 18, 2012

**NEWPORT TRIAL GROUP**
SCOTT J. FERRELL
JAMES B. HARDIN
STEVEN R. TELLES
RYAN M. FERRELL

By: /s/ Scott J. Ferrell
SCOTT J. FERRELL
Attorneys for Plaintiff and the Class

[2] All persons who are domiciled or reside in California, who purchased Children's Coldcalm for personal use at any time during the four years preceding the filing of this Complaint. (Dkt. 76).

DATED: January 18, 2012

**PATTON BOGGS, LLP**
CHRISTINA GUEROLA SARCHIO

By: /s/ Christina Guerola Sarchio
CHRISTINA GUEROLA SARCHIO
Attorneys for Plaintiff and the Class

836284.1

4

THE PARTIES' JOINT RESPONSE TO THE COURT'S ORDER SETTING HEARING REGARDING CLASS NOTICE

## CERTIFICATE OF SERVICE
(United States District Court)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 895 Dove Street, Suite 425, Newport Beach, CA 92660.

On January 18, 2012, I have served the foregoing document described as **THE PARTIES' JOINT RESPONSE TO THE COURT'S ORDER SETTING HEARING REGARDING CLASS NOTICE** on the following person(s) in the manner(s) indicated below:

**SEE ATTACHED SERVICE LIST**

**[X]** **(**BY ELECTRONIC SERVICE) I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

**[ ]** (BY MAIL) I am familiar with the practice of Newport Trial Group for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Newport Trial Group, Newport Beach, California, following ordinary business practices.

**[ ]** (BY OVERNIGHT SERVICE) I am familiar with the practice of Newport Trial Group for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by the overnight service provider the same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by the overnight service provider with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by the overnight service provider at Newport Trial Group, Newport Beach, California, following ordinary business practices.

**[ ]** (BY FACSIMILE TRANSMISSION) On this date, at the time indicated on the transmittal sheet, I transmitted from a facsimile transmission machine, which telephone number is (949) 706-6464, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and

without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

**[ ]** (BY E-MAIL) I transmitted the foregoing document(s) by e-mail to the addressee(s) at the e-mail address(s) indicated.

**[ ]** (FEDERAL) I declare that I am a member of the Bar and a registered Filing User for this District of the United States District Court.

[X] (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on January 18, 2012, at Newport Beach, California.

/s/ Sariah Para
Sariah Para

**SERVICE LIST**

Christina Guerola Sarchio
Brendan M. Walsh
PATTON BOGGS, LLP
2550 M Street, NW
Washington, DC 20037
PATTON BOGGS, LLP
CSarchio@PattonBoggs.com
DMulvihill@PattonBoggs.com
BWalsh@PattonBoggs.com
skconway@PattonBoggs.com

Gary A. Pemberton
John Mark Jennings
SHULMAN, HODGES & BASTIAN
8105 Irvine Center Drive, Suite 600
Irvine, CA 92618
Phone: (949) 340-3400
Fax: (949) 340-3000
SHULMAN, HODGES & BASTIAN
GPemberton@shbllp.com

Attorneys for Defendant, BOIRON, INC.