UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 10-1569-JST (CWx)                               Date:  March 27, 2013
Title:  Gina Delarosa, etc. v. Boiron Inc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                        Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE A PROPOSED FINAL PRETRIAL CONFERENCE ORDER**

On December 3, 2012, the Court issued an Order, pursuant to the parties' stipulation, that reset the dates of the Final Pretrial Conference, Exhibit Conference, and Jury Trial.  (*See* Order, Doc. 295.)  That Order called for the parties to file their proposed Final Pre-Trial Conference Order "pursuant to the timeline set forth in the Court's Order on Jury Trial."  (*Id.*; *see* Order on Jury Trial, Doc. 25.)

Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter, enter default, and/or issue sanctions for the failure to timely file the referenced trial document.  No later than **March 29, 2013, 12:00 p.m.**, counsel shall file the documents and a separate written response explaining their disregard of the Court's Order on Jury Trial.  A Notice of Settlement or Motion for Preliminary Approval of Settlement shall constitute a sufficient response to the Court's Order.

Initials of Preparer:  tg

**CIVIL MINUTES – GENERAL**                                                                  1