CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

SCOTT J. FERRELL (Bar No. 202091)
  sferrell@trialnewport.com
JAMES B. HARDIN (Bar No. 205071)
  jhardin@trialnewport.com
STEVEN R. TELLES (Bar No. 246514)
  stelles@trialnewport.com
RYAN M. FERRELL (Bar No. 258037)
  rferrell@trialnewport.com
**NEWPORT TRIAL GROUP**
895 Dove Street, Suite 425
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile:  (949) 706-6469

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GINA DELAROSA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOIRON, INC., et al.,<br><br>Defendants. | CASE NO. SACV 10-1569-JST (CWx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

The Parties have reached a settlement in principle regarding the entirety of this action. The settlement documents are currently being drafted. The Parties

1  anticipate that a Motion for Preliminary Approval will be filed within thirty (30)
2  days.  The Parties respectfully request the Court to vacate all future dates in light of
3  the settlement.  The parties will alert the Court if more time is needed to file the
4  Motion for Preliminary Approval.

6  DATED: March 28, 2013            **PEARSON, SIMON & WARSHAW, LLP**
7                                   CLIFFORD H. PEARSON
                                     DANIEL L. WARSHAW
8                                    BOBBY POUYA

                                     **NEWPORT TRIAL GROUP**
10                                   SCOTT J. FERRELL
                                     JAMES B. HARDIN
11                                   STEVEN R. TELLES
12                                   RYAN M. FERRELL

14                                   By:  */s/ Daniel L. Warshaw*
                                           DANIEL L. WARSHAW
15                                   Attorneys for Plaintiff and the Class

17  DATED: March 28, 2013            **ORRICK, HERRINGTON &**
18                                   **SUTCLIFFE, LLP**
                                     THOMAS S. MCCONVILLE
19                                   CHRISTINA GUEROLA SARCHIO
20                                   HAVEN G. WARD

22                                   By:  */s/ Christina Guerola Sarchio*
23                                         CHRISTINA GUEROLA SARCHIO
                                     Attorneys for Defendant Boiron, Inc.

## ATTESTATION

I, Daniel L. Warshaw, attest that all other signatories listed, and on whose

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1  behalf the filing is submitted, concur in the filing's content and have authorized the
2  filing.

By:    */s/ Daniel L. Warshaw*
          DANIEL L. WARSHAW

NOTICE OF SETTLEMENT