1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

9
10
11

| | |
|---|---|
| GINA DELAROSA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOIRON, INC., et al.,<br><br>Defendants. | CASE NO. SACV 10-1569-BRO (CWx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

854632.2

1    The Court, having reviewed the Motion for Preliminary Approval of Class

2    Action Settlement ("Motion"), the evidence and argument provided by the parties,

3    and the pleadings and other papers on file in this action, hereby GRANTS

4    preliminary approval to the Class Action Settlement, as detailed below.

5    NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

6    1.    For purposes of this Order, except as otherwise set forth herein, the

7    Court adopts and incorporates the definitions contained in the Settlement

8    Agreement.

9    2.    The Court hereby grants preliminary approval to the Settlement

10   Agreement, subject to a hearing on the final approval of the settlement (the

11   "Fairness Hearing"), on behalf of the following Class:

12       All persons who are domiciled or reside in California, who purchased
         Children's Coldcalm in the State of California for personal use between
13       August 31, 2006 and the Opt-Out Date, and were domiciled or resided
         in California at the time of purchase.

14

15   3.    The Court finds that the Settlement Agreement falls within the range of

16   reasonableness.  The Court further finds that there is a sufficient basis for notifying

17   the Class of the proposed Settlement Agreement and for enjoining Class Members

18   from proceeding in any other action arising from or relating to this litigation

19   pending the conclusion of the Fairness Hearing.

20   4.    The Fairness Hearing will be conducted to determine the following:

21       a.    Whether the proposed Settlement Agreement is fair, reasonable,

22   and adequate and should be granted final approval;

23       b.    Whether final judgments should be entered dismissing the claims

24   of the Class against Boiron with prejudice; and

25       c.    Such other matters as the Court may deem appropriate.

26   5.    The Court appoints Kurtzman Carlson Consultants ("KCC") as the

27   Claims Administrator.

28   6.    The Court approves the form and content of the Claim Form, Long

1   Form Notice, and Summary Published Notice attached to the Settlement Agreement

2   as Exhibits A-C, respectively.

3        7.     By June 17, 2013, Boiron shall provide the Claims Administrator with

4   all known addresses in its possession that correspond to potential Class Members.

5        8.     The first date on which the Summary Notice is published in a

6   newspaper of general circulation in California shall be no later than July 3, 2013

7   (the "Notice Date").

8        9.     On or before the Notice Date, the Claims Administrator will mail a

9   Postcard Notice to those persons for whom Boiron provides contact information.

10   Prior to mailing, the names and addresses of these individuals will be checked

11   against the National Change of Address database maintained by the U.S. Postal

12   Service, certified via the Coding Accuracy Support System and verified through

13   Delivery Point Validation.  Notices returned as undeliverable will be re-mailed to

14   any address available through postal service information.

15        10.    Commencing on or before the Notice Date, the Claims Administrator

16   shall arrange for publication of the Summary Published Notice, in the form attached

17   to the Settlement Agreement as Exhibit C, as follows: (a) four quarter-page notices

18   once a week for four consecutive weeks in *USA Today's* Los Angeles and San

19   Francisco regional editions; (b) a full-page notice in the California state edition of

20   *Parents* magazine; (c) a one-sixth page notice in each of California's top five

21   circulating daily newspapers, the *Los Angeles Times*, *Orange County Register*, *San

22   Diego Union Tribune*, *San Francisco Chronicle*, and *San Jose Mercury News*; and

23   (d) a Spanish version of the notice in each of the following California Hispanic

24   newspapers: *El Popular*, *Vida en el Valle – Fresno*, *La Prensa Hispana*, *La

25   Opinion*, *Vida en el Valle – Merced*, *Vida en el Valle – Modesto*, *El Sol de Salinas*,

26   *Vida en el Valle Sacramento*, *El Latino*, *El Mensajero*, *Excelsior*, and *Vida en el

27   Valle – Stockton*.

28        11.    On or before the Notice Date, the Claims Administrator will issue an

1   informational press release announcing the settlement to approximately 904 press

2   outlets throughout California.

3        12.     Commencing on or before the Notice Date, the Claims Administrator

4   shall create Internet banner notices on 24/7's Global Alliance Network with

5   California geographic targeting, which will allow access to the Case Website.  The

6   Claims Administrator will purchase approximately 10.5 million unique impressions

7   over a one-month period.

8        13.     On or before the Notice Date, the Claims Administrator shall establish

9   the Case Website, which will allow Class Members the ability to obtain information

10  and documents about the settlement, including the Claim Form, Long Form Notice,

11  Summary Published Notice, the Settlement Agreement, the Opt-Out form and (when

12  it becomes available) Plaintiff's Motion for Attorneys' Fees, Costs, and Incentive

13  Award.

14       14.     On or before the Notice Date, the Claims Administrator shall establish

15  a case-specific Facebook page and a case-specific Twitter account, which will give

16  Class Members access to information about the settlement.

17       15.     On or before the Notice Date, the Claims Administrator shall establish

18  a toll-free telephone number, which will provide answers to frequently asked

19  questions and give Class Members the ability to request information to be mailed

20  directly to them.

21       16.     The Court finds that the forms of notice to the Class Members

22  regarding the pendency of this class action, and the methods of dissemination to the

23  Class Members in accordance with the terms of this Order, constitute valid, due, and

24  sufficient notice to the Class Members pursuant to California Civil Code section

25  1781(d), Federal Rule of Civil Procedure 23, the United States Constitution, and any

26  other applicable law.

27       17.     Counsel for the parties are hereby authorized to utilize all reasonable

28  procedures in connection with the administration of the settlement which are not

1  materially inconsistent with either this Order or the terms of the Settlement

2  Agreement.

3       18.    The Court adopts the following schedule in order to effectuate the final

4  approval of the Settlement Agreement:

5       a.    Plaintiff's Motion for Attorneys' Fees, Costs, and Incentive

6  Award shall be filed on or before August 19, 2013;

7       b.    Class Members shall have until September 3, 2013 to file claims,

8  opt-out or exclude themselves, object to the Settlement Agreement, or respond to

9  Plaintiff's Motion for Attorneys' Fees, Costs, and Incentive Award;

10       c.    Plaintiff shall file her Motion for Final approval of the

11  Settlement Agreement on or before October 3, 2013;

12       d.    Plaintiff shall respond to any objection to the Settlement

13  Agreement and/or Plaintiff's Motion for Attorneys' Fees, Costs, and Incentive

14  Award on or before October 23, 2013;

15       e.    The Fairness Hearing shall be held on **November 4, 2013 at**

16  **1:30 p.m.**

17       19.    The hearing date and/or time for the Fairness Hearing may be moved

18  *sua sponte* by the Court or pursuant to a stipulation by the parties subject to Court

19  approval without providing additional notice to the Class Members.

20       20.    Class Members shall, upon final approval of the Settlement Agreement,

21  be bound by the terms and provision of the Settlement Agreement so approved,

22  including but not limited to the releases, waivers, and covenants described in the

23  Settlement Agreement, whether or not such person or entity objected to the

24  Settlement Agreement and whether or not such person or entity makes a claim upon

25  the settlement funds.

26       21.    In the event that this Order conflicts with the Settlement Agreement

27  regarding the form and manner of providing notice to the Class, this Order shall

28  control.  All provisions of the Settlement Agreement regarding the form and manner

Case 8:10-cv-01569-BRO-CW   Document 318   Filed 06/04/13   Page 6 of 6   Page ID #:12536

1  of providing notice to the Class shall remain in full force and effect unless otherwise

2  expressly modified herein.

3          22.     All further proceedings in this litigation are hereby stayed except for

4  any actions required to effectuate the Settlement Agreement.

5

6  **IT IS SO ORDERED.**

7  Dated:  June 4, 2013

8

9  By: _____

10          HON. BEVERLY REID O'CONNELL
           United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

854632.2                                    6                    SACV 10-1569-BRO (CWx)
ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT