# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA DELAROSA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOIRON, INC., et al.,<br><br>Defendants. | CASE NO. SA CV 10-01569-BRO (CWx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD** |

856120.1

The Court, having reviewed Plaintiff Gina Delarosa's ("Plaintiff") Motion for Attorneys' Fees, Costs and Incentive Award, the pleadings and other papers on file in this action, and the statements of counsel and the parties, hereby finds that Plaintiff's motion is GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court, for purposes of this Order, adopts the terms and definitions set forth in the Class Action Settlement Agreement dated April 16, 2013 and the Addendum to Class Action Settlement Agreement dated May 2, 2013 (collectively referred to as "Settlement Agreement").

2. The Court finds that Pearson, Simon & Warshaw, LLP and the Newport Trial Group ("Class Counsel") have incurred $79,209.41 in reasonable costs and expenses in prosecuting this litigation and approves a payment in this amount to Class Counsel. These costs and expenses were reasonably incurred in the ordinary course of prosecuting this case and necessary given the complex nature and nationwide scope of this case.

3. The Court finds that the reasonable lodestar incurred by Class Counsel based on their hourly rates is $1,852,515 ("Lodestar"). Pursuant to the terms of the Settlement Agreement, the parties have agreed to limit the amount of Plaintiff's attorneys' fees and costs to $750,000. Therefore, after subtracting the $79,209.41 in costs from the $750,000 sum, a balance of $670,790.59 ("Fee Award") remains for fees. The Fee Award equates to a multiplier of 0.36. The Court finds that the Fee Award is reasonable based upon the amount of work required in this case. In light of the complexity of this action, the substantial benefit to the Class as a result of the skills and efforts of counsel to date, the contingent risks presented, and the result obtained for the Class, the Court finds that Class Counsel is entitled to an award of attorneys' fees in the amount of $670,790.59.

4. The Court further approves an incentive award of $5,000 to Plaintiff and class representative Gina Delarosa. The incentive award is justified by: (1) the

risk to the class representative in commencing suit, both financial and otherwise; (2) the amount of time and effort spent by the class representative in this case; and (3) the duration of the litigation.

5. The attorneys' fees, costs and incentive awards set forth in this Order shall be paid by Defendant Boiron, Inc. in accordance with the terms of the Settlement Agreement.

DATED: November 6, 2013

_____
Honorable Beverly Reid O'Connell
United States District Judge